UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA MARIE MITFORD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANDREW M. SAUL,<br><br>　　　　Defendant. | Case No.  20-cv-05360-TSH<br><br>**ORDER TO SHOW CAUSE** |

On February 23, 2021, the Court granted the parties' stipulation to extend briefing deadlines in this case, extending the deadline for Plaintiff to move for summary judgment or remand to March 25, 2021.  ECF No. 21.  As there had been no subsequent docket activity, the Court ordered the parties to file a status report by April 8, 2021.  ECF No. 22.  On April 9 Defendant's counsel filed a report indicating counsel emailed Plaintiff's counsel regarding the status report on April 7 but had not received a response.  ECF No. 23.  Accordingly, the Court **ORDERS** Plaintiff Theresa Marie Mitford to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines.  Plaintiff shall file a declaration by April 22, 2021.  If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on May 6, 2021 at 10:00 a.m. by Zoom video conference. The webinar link and instructions are located at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/.  Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiff does not intend to prosecute, and the case may be dismissed without prejudice.  Thus, it is imperative the Court receive a written response by the deadline above.

　　**IT IS SO ORDERED.**

Dated: April 9, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge